## STATEMENT OF FACTS

On Thursday, November 12, 2015, at approximately 0922 hours, S-1, later identified as defendant John Curtis Matthews, walked into the PNC Bank located in the 1700 block of Columbia Road NW, Washington D.C.  S-1 walked directly to teller station #1 and began pointing to the front door of the bank.  S-1 presented a handwritten note to the victim teller demanding $100's, $50's, and $20's and indicating that S-2 was standing in the bank vestibule and was in possession of explosives in a shoe box that S-2 was carrying.  S-2 opened the bank door and placed the shoe box in the lobby.

Once the victim teller realized that this was a robbery, it gave Matthews $300 in bait bills with a GPS tracker tucked in between them, along with a loose stack of $20 and $10 dollar bills totaling approximately $1150 in FDIC insured money.  S-1 was last seen running out of the front door of the bank with S-2.  Your affiant would note that the robbery was recorded on bank video, and that S-1's face is clearly visible as S-1's face remained uncovered during the robbery.  Your affiant has subsequently and personally interacted with S-1, and confirmed that defendant John Curtis Matthews is the same S-1 as recorded on the bank video.

Within approximately 20 minutes of the bank robbery, the GPS tracker was electronically located in a general area that was just a few blocks away from the bank.  From that point law enforcement believes the GPS tracker remained mostly stationary.  Law enforcement responding to the area began looking for the tracker.  By approximately 11:00 a.m., law enforcement located the GPS tracker in a rear basement storage room with outside access in an alley behind the 2700 block of Ontario Road NW, Washington D.C. That GPS tracker was on the floor of the room within approximately three blocks of the bank, was still tucked inside of currency, and was within arm's reach of defendant John Curtis Matthews, who was himself, found hiding on the floor near the GPS tracker and bills.  Defendant Matthews had in his pockets a stack of $20 and $10 dollar bills – the same denominations the victim teller gave the robber – and a PNC banking slip.  Your affiant would also note that defendant Matthews was also dressed in the same clothing as S-1 is seen wearing on the bank video of the robbery, including a jacket, sweater, glasses, and hat.

      Matthews was placed under arrest and transported to 300 Indiana Ave. NW, Washington D.C. where he was processed. The bank building was evacuated and Metropolitan Police Department's Explosives Ordinance Disposal unit was called in while much of the block was cleared. Bomb technicians ultimately determined that there were no explosives in the shoe box that was placed on the floor by S-2.

                                                                                  _____
                                                                                 SPECIAL AGENT CHAD FLEMING
                                                                                 FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF NOVEMBER, 2015.

                                                                                _____
                                                                                U.S. MAGISTRATE JUDGE